IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT INC. | § § § § | |
| | § | C.A. No. _____ |
| VS. | § § | |
| RAY ANTHONY INTERNATIONAL LLC, and RAY G. ANTHONY | § § § | |

### CERTIFICATE OF INTERESTED PARTIES

COMES NOW, FINANCIAL FEDERAL CREDIT INC., Plaintiff in the above styled and numbered cause, and files this it's Certificate of Interested Parties, and would respectfully show unto the Court the following:

Financial Federal Credit Inc.
People's United Financial, Inc.
People's United Bank

Ray Anthony International, LLC
Ray G. Anthony

Respectfully submitted,

_____
Robert Grawl, Jr., Assistant General Counsel
State Bar No: 08313400 / SDOT No. 14141
1300 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone (713) 439-1177
Telecopier (713) 386-0337
ATTORNEY FOR PLAINTIFF